IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 NOV 28 A 10: 06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

226323
Jared Gray Drake
Full name and prison number of plaintiff(s)

v.

Donna Edwards
Central Records
1400 Lloyd Street
montgomery alabama 36130

Name of person(s) who violated your constitutional rights. (List the names of all the persons.)

CIVIL ACTION NO. 2:06CV1059-MEF
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO ( ✓ )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO ( )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) N/A

Defendant(s)

2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket number ______

4. Name of judge to whom case was assigned ______

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ______

6. Approximate date of filing lawsuit ______

7. Approximate date of disposition ______

II. PLACE OF PRESENT CONFINEMENT Easterling Correctional Facility 200 Wallace Drive - Clio, Alabama 36017

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Easterling Correctional Facility 200 Wallace Drive Clio Alabama

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Donna Edwards | |
| 2. | Central Records | |
| 3. | 1400 Lloyd Street | |
| 4. | montgomery, ala. 36130 | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Complaint Habeas Corpus

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Written

GROUND TWO:

SUPPORTING FACTS: Complaint

GROUND THREE: Attached

SUPPORTING FACTS:

Hereto.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

IASK this court to Grant Injunctive relief, By Haveing the Dept of central records Donna Edwards Expunge all Erroneous Information concerning sex crime under oregon Law be Expunged and retrieved From Further Future use without proof, and pay cost of Fileing and court cost of complaint For 1983 civil action.

236373

Jomed Gor Drake
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on Nov, 13th 2006.
(Date)

236373

Jomed Gor Drake
Signature of plaintiff(s)

(1)

IN THE UNITED STATES DISTRICT COURT
FOR the MIDDLE DISTRICT of Alabama

AIS. 236373

Jomedlbar DRAKE
Plaintiff

VS.

DONNA Edwards
central Records classification

RECEIVED
2006 NOV 28 A 10:07

Case No: 

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Written Complaints middle district

Comes Now: Plaintiff Jomedlbar Drake AIS. 236373. who Brings this Complaint too the Court's attention in Good-Faith and all due Honesty.

I am asking this court to issue and order of injuntive Relief. that Central Records director at the alabama department of Corrections DONNA Edwards Expunge any and all written Documents presently in my Institutional File. or any File Related and contain.. to the Subject of me Jomedlber Drake AIS. 236373. being Classed up as a Sex offender under Megan's Law.

Whereto: I was never convicted of a sex's crime. And I ask this court to order that the defendants produce documentation of a conviction of any sex crime or related there of under Megan's Law

Whereto: At the Age of 15 or 16 yrs old, I was taken to court on a Juvenile sex abuse case on my step cousin. And the results was a consent decree, Being that what happened in that Hearing was only binding Between me and my step cousin. It was not a formal Adjudication and a conviction of Guilt.

the consent decree has no legal binding in Law By the courT.

Whereto: I wrote Central Records at the alabama Department of correction Donna Edwards and ask to have this Erroneous Information Exspunged from my Institutional Files Because it Prejudice me in a denial of due process of Recieving a Lower class custody to Go to work Release camp And it can Effect the outcome of me being Released From prison on this Erroneous Information as being classed up as a sex offender in Public.

Thereby Donna Edwards Told me to read the Institutional classification manuel pg 47-48-49 And I did read this information, And It Refers to the Fact. that.

It is important to remember that the inmate identified for the "S" suffix under the Provision of megan Law Requires a conviction For the actual crime itself.

Whereto: this is what the alabama Dept of corrections Classification manuel says And I was never convicted under the megan Law as a sex offender.

thereby I ask this court to order the defendant in there Special Report to Include the actual Record of conviction under the megan Law for sexual abuse or any other sex crime, or exspunge any and all Erroneous Information From my alabama Department of correction File concerning me being classed up as a sex offender. I ask For injuntive Relief In the above Styled I ask Defendant pay courtcosts

*Certificate of Service*

This is to Certify that I Jamedyon Drake 236373 Has Filed a 1983 Complaint in the Middle District addressed to the Clerk of the court. And all Parties of intrest. Sworn to under The Penelties of Perjury as true and correct.

AIS. 236373 Sign Jamedyon Drake
Easterling correctional Facility
200 Wallace Drive
Clio. Alabama 36017

nov. 8th 2006.