(1)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF Alabama
Northern Division

RECEIVED
2007 JAN 25 A 7:46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JomedGAR DRAKE, #236373
PlaintiFF,

vs.

DONNA EDWARDS,
DEFendants.

2:06-CV-1059-MEF
(WO)

# Response ~~too~~ Order Filed on 1/16/07

Comes now PlaintiFF JomedGAR DrAke, who ResPonds Herein as Follows:

Petitioner States that on December 6th 2006, He did not have the initial Fileing Fee in his PMOD Prison Account to PAY SAid $6.00 dollars Fileing Fee.

Wheretoo: on JAN 8, 2007 the $6.00 dollars Fileing Fee become Available Because of $30.00 dollars being placed on his PMOD Prison Account. And the six dollars was thereby deducted.

Petitioner States he Sends a copy of SAid Inmates deposit and withdrawal. And States to this court that he now Authorizes the $6.00 Funds of Fileing Fee to be mailed to the office of the clerk at the united States District court P.O. Box 711 montgomery Alabama

And States Further that he wishes to continue with this cause of Action.

Wheretoo the Following PAGE II And Exhibit of Inmate Deposit And withdrawal of $6.00 dollars Fileing Fees to this court.



State of Alabama
Department of Corrections
Easterling Corr Facility

JAN, 08, 2007 inmate Deposits RECEIPT # 20070049320

RECIEVED of: Drake, Jomedgar Joma AIS# 236373 Bed ID: 9B 108C

$0.07 Previous Balance Deposit sent By: NINA D. DRAKE

$24.00 NET DEPOSIT DEPOSIT Document: US PO Money Order

$6.00 C.O.P DEDUCTED case#: 2006 CV1059 Doc.#: ~~10098044368~~ 10098044368

$0.00 CASE#: N/A MAIL LOG# N/A

$24.07 current BALANCE Posted By: YOLANDA GOUAN

Wherefore: Please Advise the Account clerk Here at Easterling correctional Facility to Release Said $6.00 dollars It allready Have For case # 2006 CV 1059, Doc. #: 1009844368 And therefore, I allso Ask this court ~~to~~ continue this cause of action. I have the aboved Styled original Receipt order the Account clerk who Posted the money and deducted the $6.00 dollars Yolanda Gouan, to Send a copy of the aboved Styled receipt. And Send the six dollars For Initial Filing Fee's In this cause of Action

*Done*

Jomedgar Drake
AIS: 236373
E.C.F. 200 Wallace Drive
Clio Alabama 36017
9 B 108

Date 1-17-07

*Certificate of Service*

This is to certify That I Jomedgar Drake AIS: 236373 Has Filed A Response to the court order issued at 1-16-07 Filed with the clerk of court of the United States District Court P.O. Box 711 Mtg. Al. 36101-0711 Sworn under the penalties of perjury as true And correct.

Witness:
Sign: Richard Belser 154937
E.C.F. 9-B-24

Sign Jomedgar Drake
236373
E.C.F. 9-B-108
1-17-07

Jomedgar Drake
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017
AIS, 236373
9/B/168

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
$ 00.39⁰
0002404485 JAN 24 2007
MAILED FROM ZIP CODE 36017

office of the clerk
United States District Court
P.O. Box 711
montgomery alabama 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Departme of Corrections is not responsible for the substanc or content of the enclosed communication."

* Legal mail *