| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br><br>Donna Edwards<br>Central Records<br>1400 Lloyd Street<br>Montgomery, AL 36130 | A. Signature<br>X _L. Chockley_  ☐ Agent  ☐ Addressee<br>B. (Printed Name) L. Chockley   C. Date of Delivery 1/29/07<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>06CV1059<br>Proc Ordr<br>Cmp<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number (Transfer)   7006 2760 0002 8193 2450

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540