In The United States District Court
For the Middle District of Alabama
Northern Division

James Gar Drake
#236373
    Plaintiff

v.

Donna Edwards
    Defendant.

2:06-CV-1059-MEF
(WO)

RECEIVED
2007 FEB 15 A 9:17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Memorandum And Notice to Clerk of the Court

Respectfully - Clerk of the United States District Court, P.O. Box 711 Montgomery Alabama. 36101-0711 this is to inform you that the Easterling Correctional Facility has changed Bed and Dorm numbers in the Institutional computer And all mail in Furture correspondence is Expected to be addressed, as follows or it will be sent Back, Causing delays. And a denial of due process of Access to the courts:

Address: Easterling Correctional Facility
200 Wallace Drive
Clio Alabama. 36017
    F.J. 63A

Please address Furter correspondence the same as address above.

Thank you
James Gar Drake
AIS 236373
F.J. 63A

In The United States District Court
For the Middle District of Alabama
Northern Division

James Gar Drake
#236373
Plaintiff

v.

Donna Edwards
Defendant

2:06-CV-1059-MEF
(WO)

RECEIVED
2007 FEB 15 A 9:17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Memorandum And Notice to Clerk of the Court

Respectfully - Clerk of the United States District Court, P.O. Box 711 Montgomery Alabama. 36101-0711

This is to inform you that the Easterling Correctional Facility has changed Bed and Dorm numbers in the Institutional computer. And all mail in future correspondence is Expected to be addressed, as follows or it will be sent back, causing delays. And a denial of due process of Access to the courts.

Address. Easterling Correctional Facility
200 Wallace Drive
Clio Alabama. 36017
     F.J. 63A

Please Address Further correspondence to the same in address as noted.

Thank you
James Gar Drake
AIS 236373
F.J. 63A



Jomedgar Drake #236373
FJ-634 E.C.F
200 Wallace Dr.
Clio, Al. 36017

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711

"Legal Mail"