**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **JOMEDGAR DRAKE** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| | ) CASE NO. 2:06-CV-1059-MEF |
| **DONNA EDWARDS** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## ANSWER OF DEFENDANT

COMES NOW Defendant Donna Edwards, by and through the undersigned counsel, and for her Answer to the above-styled action, states as follows:

Defendant denies each and every material allegation made in the Complaint, and demands strict proof thereof.

Defendant denies that she violated any of the Plaintiff's constitutional rights.

Defendant denies that she violated the Plaintiff's due process rights.

Defendant denies that she caused or allowed to continue any unconstitutional condition of the Plaintiff's confinement.

## DEFENSES AND AFFIRMATIVE DEFENSES

The Plaintiff has failed to state a claim upon which relief may be granted.

Defendant is entitled to qualified immunity.

Defendant is entitled to immunity under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,

TROY KING
Attorney General

/s/ Benjamin H. Albritton
Benjamin H. Albritton (ASB-0993-R67B)
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 7th day of March, 2007, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Jomedgar Drake, AIS 236373
Easterling Correctional Facility
200 Wallace Drive
Clio, AL  36017

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General