In the United States District court
For the middle district at Alabama.
northern Division

RECEIVED
2007 MAR 22 A 9: 50
[DEBRA P. HACKETT] CK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James Gar Drake
Plaintiff

VS.

Donna Edwards
Et. Al.  AL. Dept of Corris

Case no: 2:06 CV.1059 M.EF.

# Resuttle And/or More definite Statement of Special Report.

Comes now Pro Se: Plaintiff James Gar Drake: who
States that on 3/8/07 he Recieved the Respondents Special
Report.

whereto: Plaintiff States he is entitled to due Process
before the State declares him to be a sex offender. thereby
the Eleventh Circuit held in Kirby v. Sieblemm 195
1285, 1291 (11th Cir. 1999) that inmates have a Liberty
intrest in not being branded as a sex offender.

whereto in this case Plaintiff James Gar Drake was
classified as a sex offender. as admitted by defendant
throu a Pratial pre-sentance Inveshigation (PSI) Report

whereto! the defendant has Relied on false And
erroneous Information, in classification of the Plaintiff
as a sex offender under the A.D.O.C Guidelines

(2)

wherein: the application method used in Determining Jomed Garr Drake being classified as a sex offender in the A.D.O.C. classification System is applied maliciously And in bad Faith And it is unconstitutional monroe v. Thigpen 932 F. Ad. 1437, 11th Cir.

wherein: Jomed Garr Drake States to this court, that this was a Juvenile matter. And the Juvenile Record is one Sealed. And cannot be used in determining Further action. And therefore, the other party in this case has since become deceased in an unrelated Suicide incident

thereFore, this court cannot Give a Proper Judgement in this case when the Respondents only Submit to the court in there Special Report arbitrary information that has no bearing on the issue of being classified as a sex offender.

thereFore, it does not matter who directly classified Jomed Garr Drake as a Sex offender in the A.D.O.C. this information is used by its Employees, And Makes them Subject to Redress under color of State Law. where the Jomed Garr Drake was denied due process

thereFore in order For this court to make a proper Judgement. I Ask this court to Further order the Respondents to Amend there Special Report to include the Following Documentation which is the graveman the gist of the matter at Hand. of Being classified as a Sex offender.

(1) Colloquy of consent decree on 2/14/2000 Strickland youth center Prior Juvenile Sexual abuse 1st,

pg
(3)

This Colloway consent decree will determine what was actually said to determine, IF He — Jomed Garr Drake could actually For Further References be classified as a sex offender.

Surely it would not prejudice the State to provide the 9RAevemon the gist of information that is the deciding Factor in this case presently At hand.

therefore Jomed Garr Drake is being denied due Process in a liberty intrest. until Such Report or colloouy consent Decree is Properly before this court, it would not Prejudice the State to Furomse this information. with the wealth of Resources at it's disposal

therefore I ask this court to Give An order to The Respondents ~~too~~ Produce the colloouy consent Decree For the court's Proper determination in this case that is Properly Presently before this court.

★ Done ★

★ Certificate of Service ★

This is to Certify That I Jomed Garr Drake AIS 236323 has Filed a Rebuttle And/or more definite Statement to the Special Report. Sworned too under the Penalties of Perjury as true and correct. addressed as Follows at Attorney General II South Union Street Montgy Alabama 36130 — 0152 Benjamin H. Albritton ~~post off gen~~ to the clerk of the court For the middle district of Alabama. Sworned too under the Penalties of Perjury as true and correct.

march 9th 2007,                 Jomedgar Drak,

F-2-60 A

UNITED STATES POSTAGE

$00.39⁰

02 1P

0002404485    MAR 21 2007

MAILED FROM ZIP CODE 36017

Jumedgar Drake # 236373

F2-634 E.C.F

200 Wallace Dr.

Clio, Al. 36017

office of the Clerk

United States District Court

P.o Box 711

Montgomery, Alabama 36101-0711

"Legal Mail"

36101+0711-11 B007