```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000605
Cashier ID: khaynes
Transaction Date: 10/02/2007
Payer Name: EASTERLING CORR FACILITY
----------------------------------------
PLRA CIVIL FILING FEE
  For: JOMEDGAR JOMAR DRAKE
  Case/Party: D-ALM-2-06-CV-001059-001
  Amount:         $6.00
----------------------------------------
CHECK
  Check/Money Order Num: 2927
  Amt Tendered:   $6.00
----------------------------------------
Total Due:       $6.00
Total Tendered:  $6.00
Change Amt:      $0.00
```