```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001375
Cashier ID: christin
Transaction Date: 12/04/2007
Payer Name: EASTERLING CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: JOMEDGAR JOMAR DRAKE
 Case/Party: D-ALM-2-06-CV-001059-001
 Amount:         $3.00
-----------------------------------
CHECK
 Remitter: EASTERLING CORR FACILITY
 Check/Money Order Num: 3086
 Amt Tendered:  $3.00
-----------------------------------
Total Due:       $3.00
Total Tendered:  $3.00
Change Amt:      $0.00

DALM206CV001059-001

EASTERLING CORR  FACILITY

200 WALLACE DRIVE
CLIO, AL  36017
```