```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003677
Cashier ID: brobinso
Transaction Date: 02/01/2008
Payer Name: EASTERLING CORR FACILITY
--------------------------------
PLRA CIVIL FILING FEE
 For: JOMEDGAR DRAKE
 Case/Party: D-ALM-2-06-CV-001059-001
 Amount:         $26.00
--------------------------------
CHECK
 Check/Money Order Num: 3215
 Amt Tendered:   $26.00
--------------------------------
Total Due:      $26.00
Total Tendered: $26.00
Change Amt:     $0.00
```