IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOMEDGAR DRAKE** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| | ) CASE NO. 2:06-CV-1059-MEF |
| **DONNA EDWARDS** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, *Donna Edwards*, a Defendant in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

XX   This party is an individual, or

XX   This party is a governmental entity (in official capacity), or

There are no entities to be reported, or

The following entities and their relationship to the party are hereby reported:

Reportable Entity                                   Relationship to Party

_____        _____

_____        _____


Respectfully submitted,
TROY KING
Attorney General

/s/ Benjamin H. Albritton
Benjamin H. Albritton (ASB-0993-R67B)
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax
balbritton@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 5th day of February, 2008, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

>Jomedgar Drake, AIS 236373
>Easterling Correctional Facility
>200 Wallace Drive
>Clio, AL  36017

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General