```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004134
Cashier ID: brobinso
Transaction Date: 03/03/2008
Payer Name: EASTERLING CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: JOMEDGAR DRAKE
 Case/Party: D-ALM-2-06-CV-001059-001
 Amount:         $6.00
-----------------------------------
CHECK
 Check/Money Order Num: 3279
 Amt Tendered:  $6.00
-----------------------------------
Total Due:      $6.00
Total Tendered: $6.00
Change Amt:     $0.00
```