```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004522
Cashier ID: brobinso
Transaction Date: 04/02/2008
Payer Name: EASTERLING CORR FACILITY
--------------------------------------
PLRA CIVIL FILING FEE
  For: JOMEDGAR DRAKE
  Case/Party: D-ALM-2-06-CV-001059-001
  Amount:         $1.00
--------------------------------------
CHECK
  Check/Money Order Num: 3357
  Amt Tendered: $1.00
--------------------------------------
Total Due:       $1.00
Total Tendered:  $1.00
Change Amt:      $0.00
```