```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005331
Cashier ID: brobinso
Transaction Date: 06/02/2008
Payer Name: EASTERLING CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: JOMEDGAR DRAKE
 Case/Party: D-ALM-2-06-CV-001059-001
 Amount:         $3.00
-----------------------------------
CHECK
 Check/Money Order Num: 3489
 Amt Tendered:  $3.00
-----------------------------------
Total Due:      $3.00
Total Tendered: $3.00
Change Amt:     $0.00
```