```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006348
Cashier ID: khaynes
Transaction Date: 09/04/2008
Payer Name: EASTERLING CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: JOMEDGAR DRAKE
 Case/Party: D-ALM-2-06-CV-001059-001
 Amount:         $2.00
-----------------------------------
CHECK
 Check/Money Order Num: 3715
 Amt Tendered:   $2.00
-----------------------------------
Total Due:       $2.00
Total Tendered:  $2.00
Change Amt:      $0.00
```