THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOMEDGAR DRAKE, #236373, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1059-MEF |
| | ) | [WO] |
| DONNA EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

On November 18, 2008, the Magistrate Judge filed a Report and Recommendation (Doc. 27) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 27) of the Magistrate Judge is ADOPTED;
2. Defendant Edwards's motion for summary judgment (Doc. 10) is GRANTED;
3. Judgment is ENTERED in favor of Defendant Edwards and against Plaintiff; and
4. The costs of this proceeding be taxed against Plaintiff for which execution may issue.

DONE this the 24th day of December, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE